NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEPUY SYNTHES PRODUCTS, LLC,**
*Appellant,*

**v.**

**SMITH & NEPHEW, INC.,**
*Appellee.*

---

2014-1136

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 90/009,378, 95/000,468.

---

**JUDGMENT**

---

PAUL J. CRONIN, Nutter, McClennen & Fish, LLP, of Boston, Massachusetts, argued for appellant. With him on the brief were HEATHER B. REPICKY and LISA J. ADAMS.

JOSEPH R. RE, Knobbe, Martens, Olson, & Bear, LLP, of Irvine, California, argued for appellee. With him on the brief were CHRISTY G. LEA; BRADLEY T. LENNIE, Hunton & Williams, LLP, of Washington DC; and ROBERT A. KING and DAVID A. KELLY, of Atlanta, Georgia.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 14, 2015                   /s/  Daniel  E.  O'Toole
Date                                      Daniel E. O'Toole
                                               Clerk of Court